UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEVIN R. ODOM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12160** |
| **ERICA SEVIN, ET AL.** | **SECTION "E"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** Devin Ronzell Odom's § 1983 claims against Defendants Erica Sevin, Dakota Fitch, Stephen Landry, Aaron Henry, Jared Rich, Dillon Condetti and the Terrebonne Parish Sheriff's Office be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915(A), and 42 U.S.C. § 1997(e).

New Orleans, Louisiana, this 15th day of September, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**